**SO ORDERED.**

**SIGNED this 13th day of March, 2020.**



_____
Robert E. Nugent
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| STRUSS FARMS LLC, | ) Case No. 18-10770 |
| a Kansas Corporation, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| KEVIN W. STRUSS, | ) Case No. 18-10773 |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) JOINTLY ADMINISTERED |

### ORDER DENYING DEBTORS' "MOTION TO ENFORCE CONFIRMATION ORDER" AND REQUIRING RE-NOTICING OF "MOTION OF COMBINED DEBTORS TO MODIFY PLAN PURSUANT TO 11 U.S.C. 1127(b)"

**NOW** on this 12th day of March, 2020, the above-captioned matter comes on before the Court for ruling on the Debtors' "Motion to Enforce Confirmation Order" and "Motion of Combined Debtors to Modify Plan Pursuant to 11 U.S.C. 1127(b)", both Motions having been argued before the Court on March 11, 2020 and taken under advisement by the Court for this ruling. The Debtors are present by and through their attorney of record, Dan W. Forker, Jr. of Forker Suter LLC; The Bank is present by and through its attorneys, Woner, Reeder & Girard,

In the United States Bankruptcy Court for the District of Kansas
RE:  Struss Farms LLC; Kevin W. Struss
Bankruptcy Case No. 18-10770
*Order Denying Debtors' "Motion to Enforce Confirmation Order" and Requiring Re-Noticing of "Motion of Combined Debtors to Modify Plan Pursuant to 11 U.S.C. 1127(b)"*
Page 2

P.A.; Christopher T. Borniger appears for the United States Trustee; Andrew W. Muller of Stinson LLP appears for Farm Credit Leasing Services Corporation; there are no other appearances on this matter; and no other appearances are required.

**THEREUPON**, the court orally states its findings of fact and conclusions of law, which are incorporated herein by this reference, and Orders that the Debtors' "Motion to Enforce Confirmation Order" is denied, and that the debtors are required to re-notice for a 21-day notice period the "Motion of Combined Debtors to Modify Plan Pursuant to 11 U.S.C. 1127(b)" to all creditors and parties entitled to notice.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the findings of fact and conclusions of law made by this Court, and incorporated herein by reference, are hereby made this Court's Order; that the Debtors' "Motion to Enforce Confirmation Order" is denied, and that the debtors are required to re-notice for a 21-day notice period the "Motion of Combined Debtors to Modify Plan Pursuant to 11 U.S.C. 1127(b)" to all creditors and parties entitled to notice.

**IT IS SO ORDERED.**

###

**PREPARED AND APPROVED BY:**

**s/ Patricia A. Reeder**
Patricia A. Reeder #10341
WONER, REEDER & GIRARD, P.A.
PO Box 67689
Topeka, Kansas  66667-0689
(785) 235-5330
(785) 235-1615 (fax)
reeder@wrglaw.com
Attorneys for The Bank

00459225.DOC

In the United States Bankruptcy Court for the District of Kansas
RE:  Struss Farms LLC; Kevin W. Struss
Bankruptcy Case No. 18-10770
*Order Denying Debtors' "Motion to Enforce Confirmation Order" and Requiring Re-Noticing of "Motion of Combined Debtors to Modify Plan Pursuant to 11 U.S.C. 1127(b)"*
*Page 3*

**APPROVED BY:**

**/s/ Dan W. Forker, Jr.**
Dan W. Forker, Jr.
FORKER SUTER LLC
129 W. 2nd
P.O. Box 1868
Hutchinson, KS 67504
(620) 663-7131
dforker@forkersuter.com
Attorney for Debtors


**APPROVED BY:**

**/s/ Christopher T. Borniger**
Christopher T. Borniger, SC #24692
Office of the U.S. Trustee
301 N. Main St., Ste. 1150
Wichita, KS 67202
(316) 269-6216
(316) 269-6182 (fax)
Christopher.T.Borniger@usdoj.gov
Attorney for the U.S. Trustee


**APPROVED BY:**

**/s/ Andrew W. Muller**
Andrew W. Muller, KS #25915
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
(816) 691-3198 – Telephone
Andrew.muller@stinson.com
Attorneys for Farm Credit Leasing Services Corporation